**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RADHAMES GUZMAN,
*on behalf of himself and others similarly situated*,

                Plaintiffs,

- against -

PARTY CITY CORPORATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/22

Case No: 22-cv-666 (VEC)

NOTICE OF VOLUNTARY DISMISSAL <u>**WITHOUT PREJUDICE**</u> PURSUANT TO <u>F.R.C.P. 41(a)(1)(A)(i)</u>

      PLEASE TAKE NOTICE that the sole remaining Plaintiff in this matter, RADHAMES GUZMAN, by and through his undersigned counsel, hereby voluntarily dismisses this action, <u>without prejudice,</u> and without costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

                Respectfully submitted,

By:   /s/ William Brown
       William Brown, Esq.
       Brown Kwon & Lam, LLP
       521 Fifth Avenue, 17th Floor
       New York, NY 10175
       Tel.: (718) 971-0326
       Fax: (718) 795-1642
       wbrown@bkllawyers.com
       *Attorneys for Plaintiff*

---

Application GRANTED. This case is hereby dismissed without prejudice. The Clerk of Court is respectfully directed to terminate all open motions and close the case.

SO ORDERED.

*[signature]* 2/9/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE